## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## JACKSON DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> FAMILY DOLLAR STORES OF MISSISSIPPI, INC., <br><br> Defendant. | CIVIL ACTION # *3:05 cv210 HTW-JCS* <br><br> **COMPLAINT** <br><br> **JURY TRIAL DEMAND** |

SOUTHERN DISTRICT OF MISSISSIPPI
F I L E D
MAR 3 1 2005
J. T. NOBLIN, CLERK
BY_____ DEPUTY

## NATURE OF THE ACTION

This is an action brought under Title VII of the Civil Rights Act of 1964, as amended, to correct unlawful employment practices on the basis of race, and to make whole Nicole Person, who was aggrieved by the unlawful practices. More specifically, Family Dollar Stores of Mississippi, Inc. ("Family Dollar") discriminated against Nicole Person by failing or refusing to hire her because of her race, African American.

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. § 451, 1331, 1337, 1343 and 1345. This action is authorized and instituted pursuant to 703(a)(1), 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. § 2000e-5(f)(1) and (3) and § 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981A.

2. The employment practices alleged to be unlawful herein were committed within the jurisdiction of the United States District Court for the Southern District of Mississippi, Jackson Division.

## PARTIES

3. The Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is an agency of the United Sates of America charged with the administration, interpretation and enforcement of Title VII and is expressly authorized to bring this action by § 706(f)(1) of Title VII, 42 U.S.C. § 2000e-5(f)(1).

4. At all relevant times, the Defendant, Family Dollar Stores of Mississippi, Inc, (the "Employer"), has continuously been a corporation doing business in the State of Mississippi, and has continuously had at least fifteen employees.

5. At all relevant times, the Defendant Employer has continuously been and is now an employer engaged in an industry affecting commerce within the meaning of §701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e(b), (g) and (h).

## STATEMENT OF CLAIMS

6. More than thirty days prior to the institution of this lawsuit, charges were filed with the Commission alleging violations of Title VII by the Defendant Employer. All conditions precedent to the institution of this lawsuit have been fulfilled.

7. Defendant Employer has engaged in unlawful employment practices at its Leakesville, Mississippi facility in violation of §42 U.S.C. § 2000e-2(a)(1) by failing or refusing to hire Nicole Person because of her race, African American.

8. The effect of the practices complained of in paragraph seven above has been to deprive Nicole Person of equal employment opportunities and otherwise adversely affect her status as an employee because of her race.

9. The unlawful employment practices complained of above were intentional.

10. The unlawful employment practices complained of above were done with

malice or reckless indifference to the federally protected rights of Nicole Person.

## PRAYER FOR RELIEF

**WHEREFORE**, the Commission respectfully requests that this Court:

A.   Grant a permanent injunction enjoining the Defendant employer, its officers, successors, assigns and all persons in active concert or participation with it, from engaging in any employment practices which discriminate on the basis of race.

B.   Order Defendant Employer to institute and carry out policies, practices and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C.   Order the Defendant Employer to make any affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.   Order Defendant Employer to make whole Nicole Person by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices, including but not limited to hiring Nicole Person.

E.   Order Defendant Employer to make whole Nicole Person by providing compensation for past and future pecuniary losses, in amounts to be determined at trial.

F.   Order Defendant Employer to make whole Nicole Person by providing compensation for non-pecuniary losses, including emotional pain, suffering, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

G.   Order Defendant to pay Nicole Person punitive damages for its malicious and/or reckless conduct in amounts to be determined at trial.

H.   Grant such further relief as the Court deems necessary and proper.

I.   Award the Commission its costs in this action.

## JURY TRIAL DEMAND

The Commission requests a jury trial on all questions of fact raised in this complaint involving intentional violations of Title VII.

        Respectfully submitted,
        ERIC S. DREIBAND
        General Counsel

        JAMES L. LEE
        Deputy General Counsel

        GWENDOLYN YOUNG REAMS
        Associate General Counsel

        EQUAL EMPLOYMENT OPPORTUNITY
         COMMISSION
        1801 L Street, Northwest
        Washington, DC   20507

        _/s/ Charles E. Guerrier_
        CHARLES E. GUERRIER
        Regional Attorney
        Ohio Bar #0023546OH

        _/s/ Prisca DeLeonardo_
        PRISCA DELEONARDO
        Supervisory Trial Attorney
        Alabama Bar # ASB-6535-D67P

        _/s/ Eunice Holt Morrow_
        EUNICE HOLT MORROW
        Senior Trial Attorney
        Alabama Bar # ASB-5267-064E

        EQUAL EMPLOYMENT OPPORTUNITY
        COMMISSION

        Birmingham District Office
        1130 - 22nd Street South
        Ridge Park Place
        Suite 2000
        Birmingham, AL   35205
        Telephone Number:  205/212-2065